# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kayla Sue John<br>  aka Kayla S. John,<br>  aka Kayla John,<br>  aka Kayla Sue Brown,<br>  aka Kayla S. Brown,<br>  aka Kayla Brown<br><br>                    **Debtor** | BK NO. 17-00210 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of M&T Bank, and index same on the master mailing list.

                                                                Respectfully submitted,


                                                                **/s/James C Warmbrodt**
                                                                James C. Warmbrodt, Esquire
                                                                KML Law Group, P.C.
                                                                701 Market Street, Suite 5000
                                                                Philadelphia, PA 19106-1532
                                                                (215) 627-1322 FAX (215) 627-7734
                                                                Attorney for Movant/Applicant