```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                    Case No. 17-00210-JJT
Kayla Sue John                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: MMchugh            Page 1 of 2              Date Rcvd: Feb 21, 2017
                              Form ID: ntnew341        Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2017.
```
db              +Kayla Sue John,    148 School St.,    Scranton, PA 18508-2766
4875454         +American Credit & Collection,    8700 Commerce Park Dr,    Houston Texas 77036-7430
4875455          American Sole Emergency Physicians, LLC,    746 Jefferson Ave,    Scranton, PA  18510-1624
4875490        ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                 (address filed with court: T-Mobile Customer Relations,    P.O. Box 37380,
                   Albuquerque, NM 87176)
4875457         +Capital One,   PO Box 30285,    Salt Lake City, UT 84130-0285
4875459         +City of Scranton,    c/o Northeast Revenue Svc.,    340 N. Washington Ave.,
                   Attn: Delinquent Waste Disposal,    Scranton, PA 18503-1582
4875460         +Comcast-PA,    Attn: Bankruptcy,    1555 Suzy St.,    Lebanon, PA 17046-8318
4875461          Commonwealth Health,    1605 Valley Center Pkwy, Ste 200,    Bethlehem, PA 18017-2345
4875462         +Convergent Outsourcing,    800 SW 39th St.,    Renton, WA 98057-4975
4875463        ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                 (address filed with court: Directv,    P.O. Box 6550,    Greenwood Village, CO 80155)
4875464         +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
4875465         +ERC,   P.O. Box 57547,    Jacksonville, FL 32241-7547
4875466         +Federal Loan Servicing Credit,    P.O. Box 60610,    Harrisburg, PA 17106-0610
4875467         +Fedloan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
4875468         +First National Community Bank,    102 E. Drinker St.,    Dunmore, PA 18512-2491
4875469          First Premier Bank,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
4875470         +Focus Receivables Mgmt.,    1130 Northchase Parkway, Suite 150,    Marietta, GA 30067-6429
4875472         +HSBC Card Services,    P.O. Box 80084,    Salinas, CA 93912-0084
4875473         +Jefford G.Brown, Jr.,    148 School St,    Scranton PA 18508-2766
4875475         +KML Law Group, P.C.,    Suite 5000, BNY Mellon Independence Ctr.,    701 Market St.,
                   Philadelphia, PA 19106-1538
4875476         +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
4875478         +Macy's,    Attn: Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
4875479         +Medical Data Systems, Inc.,    d/b/a Medical Revenue Service,    645 Walnut St., Ste. 5,
                   Gadsden, AL 35901-4173
4875480         +Midland Credit Management, Inc.,    as agent for Midland Funding, LLC,    P.O. Box 2011,
                   Warren, MI 48090-2011
4875481         +Midland Funding, LLC,    2365 Northside Drive, Ste. 300,    San Diego, CA 92108-2709
4875482          Penn Credit Corp.,    916 South 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
4875485         +Regional Hospital of Scranton,    746 Jefferson Ave.,    Scranton, PA 18510-1624
4875486         +Scranton Sewer Authority,    312 Adams Ave.,    Scranton, PA 18503-1651
4875491         +Trident Asset Management,    P.O. Box 888424,    Atlanta, GA 30356-0424
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4875453         +E-mail/Text: seinhorn@ars-llc.biz Feb 21 2017 19:27:54      ACC, LLC,    One Montage Mountain Rd.,
                   Moosic, PA 18507-1777
4875456         +E-mail/Text: g20956@att.com Feb 21 2017 19:27:49      AT & T Mobility II, LLC,
                   c/o AT&T Services, Inc.,    Karen A. Cavagnaro - Lead Paralegal,    One AT&T Way, Rm.3A104,
                   Bedminster, NJ 07921-2693
4881326          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 21 2017 19:26:18
                   American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                   Oklahoma City, OK  73124-8848
4875458         +E-mail/Text: bankruptcy@cavps.com Feb 21 2017 19:27:45      Cavalry Portfolio Services,
                   500 Summit Lake Dr. Ste 4A,    Valhalla, NY 10595-2323
4875471         +E-mail/Text: RMOpsSupport@alorica.com Feb 21 2017 19:27:39      Global Receivables Solution,
                   2703 N. Highway 75,    Sherman, TX 75090-2567
4875477          E-mail/Text: camanagement@mtb.com Feb 21 2017 19:27:29      M&T Bank,    1100 Wehrle Drive,
                   Williamsville, NY 14221
4875484          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2017 19:26:11
                   Portfolio Recovery Associates LLC,    120 Corporate Blvd,    Norfolk, VA 23502
4875483         +E-mail/Text: csc.bankruptcy@amwater.com Feb 21 2017 19:27:58      Pennsylvania American Water,
                   P.O. Box 578,    Alton, IL 62002-0578
4875487         +E-mail/Text: appebnmailbox@sprint.com Feb 21 2017 19:27:34      Sprint,    P.O. Box 7993,
                   Overland Park, KS 66207-0993
4875488         +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2017 19:20:08      Synchrony Bank,    PO Box 965060,
                   Orlando, FL 32896-5060
4875489          E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2017 19:20:08      Synchrony Bank/Wal-Mart,
                   Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
                                                                                             TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4875474*        +Kayla Sue John,    148 School St.,    Scranton, PA 18508-2766
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0314-5           User: MMchugh              Page 2 of 2              Date Rcvd: Feb 21, 2017
                               Form ID: ntnew341          Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 21, 2017 at the address(es) listed below:
      Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
      James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
      Tullio  DeLuca    on behalf of Debtor Kayla Sue John tullio.deluca@verizon.net
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
      TOTAL: 4

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Kayla Sue John  
aka Kayla John, aka Kayla S. John, aka Kayla Sue Brown, aka Kayla Brown, aka Kayla S. Brown  
Debtor(s)

Chapter 13

Case No. 5:17−bk−00210−JJT

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| Genetti Hotel, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: April 17, 2017 |
| | Time: 12:00 PM |

**Address of the Bankruptcy Clerk's Office:**  
U.S. Bankruptcy Court  
274 Max Rosenn U.S. Courthouse  
197 South Main Street  
Wilkes−Barre, PA 18701  
(570) 831−2500  

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

**For the Court:**  
Clerk of the Bankruptcy Court:  
Terrence S. Miller  
By: MMchugh  

Date: February 21, 2017