**TULLIO DeLUCA**
**ATTORNEY-AT-LAW**
381 N. 9ᵀᴴ Street
Scranton, Pennsylvania 18504
Phone (570) 347-7764  Fax (570) 347-7763
Email: tullio.deluca@verizon.net

February 27, 2017

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

                In Re: **Kayla Sue John**
                      **Chapter 13 Bankruptcy**
                      **Case No. 5-17-00210**

Dear Sir/Madam:

    I have received returned mail for **AMERICAN CREDIT & COLLECTION,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 8700 COMMERCE PARK DR HOUSTON, TX 77036-7497 .Please be advised the correct information is as follows.

                      AMERICAN CREDIT & COLLECTION
                      1 MONTAGE MOUNTAIN RD
                        MOOSIC , PA 18507

I served the Notice of Chapter 13 Bankruptcy Case at the above address on (Feb. 28, 2017). Please correct the mailing matrix.

    Thank you for assistance in this matter.

                      Very truly yours,

                      /s/ Tullio DeLuca, Esquire

TD/th