

Print

Subject: U.S. Bankruptcy Court, Middle District of Pennsylvania - Returned Mail Notice, In re: Kayla Sue John, Case Number: 17-00210, JJT, Ref: [p-105409378]
From: <USBankruptcyCourts@noticingcenter.com>
Sent: Mar 8, 2017 02:17:32 PM
To: tullio.deluca@verizon.net

Notice of Returned Mail to Debtor/Debtor's Attorney

March 8, 2017

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Kayla Sue John, Case Number 17-00210, JJT

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

<u>U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701</u>

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

American Sole Emergency Physicians, LLC
746 Jefferson Ave
Scranton, PA 18510-1624

THE UPDATED ADDRESS IS:

13737 NOEL RD, Ste 1600  Dallas TX  75240-1331

_Tullio DeLuca_        3-8-17
Signature of Debtor or Debtor's Attorney     Date

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.