```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-00210-JJT
Kayla Sue John                                                      Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: PRatchfor          Page 1 of 1          Date Rcvd: Aug 16, 2017
                              Form ID: pdf010          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2017.
db            +Kayla Sue John,   148 School St.,   Scranton, PA 18508-2766
              +Bank of America National Assoc,   100 North Tryon Street,   Suite 170,
                Charlotte, NC 28202-4024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James Warmbrodt   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Tullio DeLuca   on behalf of Debtor Kayla Sue John tullio.deluca@verizon.net
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*************************************************************************

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| KAYLA SUE JOHN | : | |
| a/k/a Kayla S. John | : | |
| a/k/a Kayla John | : | |
| a/k/a Kayla Sue Brown | : | |
| a/k/a Kayla S. Brown | : | |
| a/k/a Kayla Brown | : | |

*************************************************************************

| | | |
|---|---|---|
| KAYLA SUE JOHN | : | |
| MOVANT | : | |
| VS. | : | |
| BANK OF AMERICA, NA and | : | |
| CHARLES J. DEHART, III, ESQ. | : | 5-17-bk-00210 JJT |
| RESPONDENTS | : | |

*************************************************************************
**ORDER**
*************************************************************************

Upon consideration of the above-named Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

IT IS THEREFORE ORDERED that until further Order of this Court, the entity from who the Debtor, KAYLA SUE JOHN, receives income:

> BANK OF AMERICA NATIONAL ASSOC
> 100 NORTH TRYON STREET
> SUITE 170
> CHARLOTTE, NC 28202

deduct from said Debtor's income the sum of $130.00 from each bi-weekly paycheck on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and to remit the deductible sums to:

> Charles J. DeHart, III, Esquire
> Chapter 13 Trustee
> P.O. Box 7005
> Lancaster, PA 17604

IT IS FURTHER ORDERED that the employer from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

      IT IS FURTHER ORDERED that all remaining income of the Debtor except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with the usual payment procedure.

      IT IS FURTHER ORDERED that the employer will place the case number 5:17-00210 on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

      IT IS FURTHER ORDERED that this Order supersedes previous Orders made to the subject entity in this case.

      IT IS FURTHER ORDERED that this Order will terminate without further Order, four (4) years and six (6) months from the Date of this Order, if it is not terminated by an earlier Order from this Court.

Dated: August 16, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)