IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kayla Sue John aka Kayla S. John, aka Kayla John, aka Kayla Sue Brown, aka Kayla S. Brown, aka Kayla Brown<br>　　　　　　　　Debtor | CHAPTER 13 |
| M&T Bank<br>　　　　　　　　Movant<br>　　vs. | NO. 17-00210 JJT |
| Kayla Sue John aka Kayla S. John, aka Kayla John, aka Kayla Sue Brown, aka Kayla S. Brown, aka Kayla Brown<br>　　　　　　　　Respondent | 11 U.S.C. Section 362 |
| Jefford G. Brown, Jr.<br>Charles J. DeHart, III, Esq., Trustee<br>　　　　　　　　Additional Respondents | |

**Amended**
**CERTIFICATE OF SERVICE**

　　　　I, James C. Warmbrodt, attorney for Movant, do hereby certify that true and correct copies of the foregoing Motion of M&T Bank for Relief From Automatic Stay and notice of motion, response deadline and hearing date have been served on September 21, 2017, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Kayla Sue John aka Kayla S. John, aka Kayla John, aka Kayla Sue Brown, aka Kayla S. Brown, aka Kayla Brown
148 School Street
Scranton, PA 18508

Attorney for Debtor(s)
Tullio DeLuca, Esq.
381 N. 9th Street (VIA ECF)
Scranton, PA 18504

Co-Debtor(s)
Jefford G. Brown, Jr.
148 School Street
Scranton, PA 18508

Trustee
Charles J. DeHart, III Esq.
8125 Adams Drive, Suite A (VIA ECF)
Hummelstown, PA 17036

Office of the US Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17107

　Date: September 21, 2017　　　　　　　　**/s/ James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　　　Thomas Puleo, Esquire
　　　　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　　　　　　　　　　Main Phone #: 215-627-1322