TULLIO DeLUCA
ATTORNEY-AT-LAW
381 N. 9ᵀᴴ STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: tullio.deluca@verizon.net

November 29, 2017

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

      In Re: **Kayla Sue John**
            **Chapter 13 Bankruptcy**
            **Case No. 5-17-00210**

Dear Sir/Madam:

    I have received returned mail for **AMERICAN CREDIT & COLLECTION,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: 1 Montage Mountain Rd Moosic, PA 18507 .Please be advised the correct information is as follows.

        AMERICAN CREDIT & COLLECTION
        921 OAK STREET
          SCRANTON, PA 18508

I served the Notice to creditors & Other Parties at the above address on (Nov. 29, 2017). Please correct the mailing matrix.

    Thank you for assistance in this matter.

            Very truly yours,

            /s/ Tullio DeLuca, Esquire

TD/th