IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
KAYLA JOHN :
    Debtor(s) : Case No. 5:17-bk-00210

**DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE**

Whereas this case has not been converted to a chapter 13 case under 11 U.S.C. 706, 1112 or 1208, the undersigned hereby requests an order dismissing this case.

_/s/ Kayla John_
Debtor

Dated: 9/23/21

FILED
WILKES-BARRE
2021 SEP 23 AM 10:08
CLERK U.S. BANKRUPTCY COURT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
KAYLA JOHN :
   Debtor(s) : Case No. 5:17-bk-00210 MJC

**COURT ORDER**

A Motion to Dismiss the above captioned case having been filed by Debtor, it is

ORDERED that the above captioned case is dismissed.

By the Court

_____