United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Kayla Sue John  
    Debtor

Case No. 17-00210-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Oct 20, 2021      Form ID: pdf010      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kayla Sue John, 148 School St., Scranton, PA 18508-2766 |
| 4875455 | + | American Sole Emergency, Physicians LLC, 13737 Noel Rd Ste 1600, Dallas, TX 75240-1374 |
| 4875459 | + | City of Scranton, c/o Northeast Revenue Svc., 340 N. Washington Ave., Attn: Delinquent Waste Disposal, Scranton, PA 18503-1582 |
| 4875461 | | Commonwealth Health, 1605 Valley Center Pkwy, Ste 200, Bethlehem, PA 18017-2345 |
| 4875464 | + | EOS CCA, 700 Longwater Drive, Norwell, MA 02061-1624 |
| 4875466 | + | Federal Loan Servicing Credit, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 4875467 | + | Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 4875468 | + | First National Community Bank, 102 E. Drinker St., Dunmore, PA 18512-2491 |
| 4875469 | | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 4875470 | + | Focus Receivables Mgmt., 1130 Northchase Parkway, Suite 150, Marietta, GA 30067-6429 |
| 4875472 | + | HSBC Card Services, P.O. Box 80084, Salinas, CA 93912-0084 |
| 4875473 | | Jefford G.Brown, Jr., 184 SCHOOL STREET, SCRANTON, PA 18508 |
| 4875475 | + | KML Law Group, P.C., Suite 5000, BNY Mellon Independence Ctr., 701 Market St., Philadelphia, PA 19106-1541 |
| 4875476 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5384557 | + | M & T Bank, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 4875479 | + | Medical Data Systems, Inc., d/b/a Medical Revenue Service, 645 Walnut St., Ste. 5, Gadsden, AL 35901-4173 |
| 4875485 | + | Regional Hospital of Scranton, 746 Jefferson Ave., Scranton, PA 18510-1624 |
| 4875491 | + | Trident Asset Management, P.O. Box 888424, Atlanta, GA 30356-0424 |
| 4923038 | | U. S. Department of Education, c/o FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4875453 | + | Email/Text: mnapoletano@ars-llc.biz | Oct 20 2021 18:38:00 | ACC, LLC, One Montage Mountain Rd., Moosic, PA 18507-1777 |
| 4875456 | + | Email/Text: g20956@att.com | Oct 20 2021 18:38:00 | AT & T Mobility II, LLC, c/o AT&T Services, Inc., Karen A. Cavagnaro - Lead Paralegal, One AT&T Way, Rm.3A104, Bedminster, NJ 07921-2693 |
| 4875454 | + | Email/Text: mnapoletano@ars-llc.biz | Oct 20 2021 18:38:00 | American Credit & Collection, 921 OAK STREET, SCRANTON, PA 18508-1235 |
| 4881326 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 20 2021 18:46:23 | American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 4918555 | + | Email/Text: csc.bankruptcy@amwater.com | Oct 20 2021 18:38:00 | American Water, PO Box 578, Alton IL 62002-0578 |
| 4875457 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 20 2021 18:46:15 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 4875458 | + | Email/Text: bankruptcy@cavps.com | Oct 20 2021 18:38:00 | Cavalry Portfolio Services, 500 Summit Lake Dr. |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Ste 4A, Valhalla, NY 10595-2323 |
| 4917364 | + | Email/Text: bankruptcy@cavps.com | Oct 20 2021 18:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4875460 | + | Email/Text: documentfiling@lciinc.com | Oct 20 2021 18:38:00 | Comcast-PA, Attn: Bankruptcy, 1555 Suzy St., Lebanon, PA 17046-8318 |
| 4875462 | + | Email/Text: convergent@ebn.phinsolutions.com | Oct 20 2021 18:38:00 | Convergent Outsourcing, 800 SW 39th St., Renton, WA 98057-4927 |
| 4875463 | | Email/Text: G06041@att.com | Oct 20 2021 18:38:00 | Directv, P.O. Box 6550, Greenwood Village, CO 80155 |
| 4875478 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2021 18:46:23 | Macy's, Attn: Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 4923697 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 20 2021 18:46:16 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4875465 | + | Email/Text: bknotice@ercbpo.com | Oct 20 2021 18:38:00 | ERC, P.O. Box 57547, Jacksonville, FL 32241-7547 |
| 4875471 | + | Email/Text: RMOpsSupport@alorica.com | Oct 20 2021 18:38:00 | Global Receivables Solution, 2703 N. Highway 75, Sherman, TX 75090-2567 |
| 4875477 | | Email/Text: camanagement@mtb.com | Oct 20 2021 18:38:00 | M&T Bank, 1100 Wehrle Drive, Williamsville, NY 14221 |
| 4888648 | | Email/Text: camanagement@mtb.com | Oct 20 2021 18:38:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 4875480 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2021 18:38:00 | Midland Credit Management, Inc., as agent for Midland Funding, LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 4875481 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2021 18:38:00 | Midland Funding, LLC, 2365 Northside Drive, Ste. 300, San Diego, CA 92108-2709 |
| 4875484 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2021 18:46:15 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 4875483 | + | Email/Text: csc.bankruptcy@amwater.com | Oct 20 2021 18:38:00 | Pennsylvania American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 4890276 | | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2021 18:38:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4875487 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Oct 20 2021 18:46:08 | Sprint, P.O. Box 7993, Overland Park, KS 66207 |
| 4875488 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2021 18:46:08 | Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 4875489 | | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2021 18:46:08 | Synchrony Bank/Wal-Mart, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 4875490 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Oct 20 2021 18:46:08 | T-Mobile Customer Relations, P.O. Box 37380, Albuquerque, NM 87176 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | M & T Bank, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 4875474 | *+ | Kayla Sue John, 148 School St., Scranton, PA 18508-2766 |
| 5384558 | *+ | M & T Bank, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 4875482 | ## | Penn Credit Corp., 916 South 14th Street, P.O. Box 988, Harrisburg, PA 17108-0988 |

4875486          ##+          Scranton Sewer Authority, 312 Adams Ave., Scranton, PA 18503-1604

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Kayla Sue John tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Kayla Sue John, | : | Case No. 5:17-00210-MJC |
| Debtor. | : | |

## ORDER

**AND NOW**, upon consideration of the Debtor's Motion for Voluntary Dismissal of the pending Chapter 13 proceedings, after a hearing held on October 19, 2021, and pursuant to §1307(b) of the Bankruptcy Code, the Debtor's Motion is hereby **GRANTED** and the Chapter 13 bankruptcy case is hereby **DISMISSED** upon voluntary request of the Debtor.

Dated: October 20, 2021

By the Court,

_____
Mark J. Conway, Bankruptcy Judge (CN)