United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Kayla Sue John<br>    Debtor | Case No. 17-00210-MJC<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Oct 20, 2021 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | BANK OF AMERICA NATIONAL ASSOC, 100 NORTH TRYON STREET, SUITE 170, CHARLOTTE, NC 28202-4024 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2021        Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Kayla Sue John tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

***

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| KAYLA SUE JOHN | : | |
| | : | |
| KAYLA SUE JOHN | : | |
| MOVANT | : | CASE NO. 5:17-bk-00210-MJC |
| VS. | : | |
| BANK OF AMERICA, NA and | : | |
| JACK N. ZAHAROPOULOS. | : | |
| RESPONDENTS | : | |

***

**ORDER**

***

Upon consideration of the above-named Debtor having filed a Motion to Terminate Wage Attachment for Trustee Payments under Chapter 13 of the Bankruptcy Code,

**IT IS HEREBY ORDERED** that the Motion to Authorize Wage Attachment for Trustee Payments issued to:

BANK OF AMERICA NATIONAL ASSOC
100 NORTH TRYON STREET
SUITE 170
CHARLOTTE, NC 28202

is hereby withdrawn and the Order dated November 15, 2017, authorizing the wage attachment is hereby terminated.

Dated: October 20, 2021

By the Court,

_____
Mark J. Conway, Bankruptcy Judge (CN)